No. 86.  STEWART v. PENNSYLVANIA.

Argued January 6, 1941.  Decided January 13, 1941. *Per Curiam:* The judgment is affirmed. *Curry* v. *McCanless,* 307 U. S. 357; *Graves* v. *Elliott,* 307 U. S. 383. MR. CHIEF JUSTICE HUGHES, MR. JUSTICE McREYNOLDS, and MR. JUSTICE ROBERTS dissent. *Mr. Charles I. Thompson,* with whom *Mr. William A. Schnader* was on the brief, for appellant. *Mr. Frederic L. Ballard* entered an appearance for appellant. *Mr. E. Russell Shockley,* Deputy Attorney General of Pennsylvania, with whom *Mr. Claude T. Reno,* Attorney General, was on the brief, for appellee.